proceedings against Zingales and receiving their *pro rata* share of the amount of the new security given under chapter 348 of the Laws of 1910, elect to look to such new security and thereby waive all right of action whatsoever on the bond in suit?

"2. Did the repeal of the statute, chapter 479 of the Laws of 1908, by the General Business Law (Laws of 1909, chap. 25), which became effective February 17, 1909, effect a discharge of the bond in suit as to deposits made subsequent to such repeal?

"3. Did the passage of chapter 348 of the Laws of 1910 and the compliance therewith by Zingales effect a discharge of the bond in suit as to deposits allowed to remain after the passage of said statute and compliance therewith?"

*L. Laflin Kellogg, Alfred C. Petté* and *Nelson L. Keach* for appellant.

*Alex I. Hahn* and *Samuel Hoffman* for respondents.

Order in each case affirmed, with costs; first and third questions certified answered in the negative; second question certified not answered; no opinion.

Concur: WILLARD BARTLETT, Ch. J., COLLIN, HOGAN, CARDOZO and SEABURY, JJ. Dissenting: HISCOCK and CUDDEBACK, JJ.

---

In the Matter of the Application for Temporary Letters of Administration of the Estate of MARIE HILL, Deccased.

FREDERICK J. MOSES et al., Appellants; EQUITABLE TRUST COMPANY OF NEW YORK as Committee of the Estate of ALPHONSE J. STEPHANI, a Life Convict, Respondent.

*Matter of Hill*, 166 App. Div. 303, affirmed.
(Argued May 25, 1915; decided June 8, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department,

entered February 19, 1915, which reversed two orders of the New York County Surrogate's Court, the first removing Maria J. M. Lawrence as temporary administratrix of the estate of Marie Hill, deceased, and appointing Thomas M. Healy as temporary administrator of said estate, and the second resettling and amending said order.

*Isham Henderson* for appellants.

*Carl A. Hausmann* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

THE R. & L. COMPANY, Respondent, *v.* HERMAN A. METZ, Appellant.

*R. & L. Company* v. *Metz*, 165 App. Div. 533, affirmed.
(Argued May 25, 1915; decided June 8, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1914, which affirmed an interlocutory judgment of Special Term sustaining demurrers to separate defenses set up in the amended answer. The complaint alleged that the plaintiff, at various times prior to August 31, 1913, sold and delivered to the New York Mail Company, engaged in carrying the United States mails in New York city, motor trucks and accessories of the aggregate value of $66,666.37. The defendant was obligated as indemnitor to the American Surety Company for any loss incurred as surety to the United States for the faithful performance by the New York Mail Company of its contract for carrying the mails. On July 10, 1913, an arrangement was made between plaintiff and defendant whereby the motor trucks were to be reclaimed by plaintiff from the New York Mail Company because of the breach of its contract